IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GUY PATTERSON )
)
-vs- ) Case No. 18-193
)
ANDREW M. SAUL, U.S. )
SOCIAL SECURITY ADMINISTRATION, )
           Defendant )

AMBROSE, Senior District Judge.

## ORDER OF COURT

AND NOW, this 8th day of July, 2019, the Defendant's Motion for In Camera Inspection of ALJ Interview Questions (ECF Docket No. 38) is hereby DENIED. The Court appreciates the Defendant's proprietary interests in the interview questions and the Defendant's desire to keep the questions confidential. Nevertheless, the questions are relevant to the case at bar and Plaintiff is entitled to them. As such, the Court is ordering that the documents be produced subject to a Confidentiality Order. As Plaintiff is himself an attorney, he will understand and be bound by the terms of the Confidentiality Order.

BY THE COURT:

_Donetta F. Ambrose_

_____
Donetta W. Ambrose,
Senior U. S. District Judge